1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEVAN ALEXANDER,                          No.  2:17-cv-0257 DB P

12                 Plaintiff,

13         v.                                   ORDER AND FINDINGS AND
                                                RECOMMENDATIONS
14   XAVIER BECERRA, et al.,

15                 Defendants.

16

17          A recent court order was served on plaintiff's address of record and returned by the postal

18   service.  (ECF No. 4.)  It appears that plaintiff has failed to comply with Local Rule 183(b),

19   which requires that a party appearing in propria persona inform the court of any address change.

20   More than sixty-three days have passed since the court order was returned by the postal service

21   and plaintiff has failed to notify the Court of a current address.  As this court issues findings and

22   recommendation below concerning the petition, the undersigned orders the Clerk's Office to

23   assign a United States District Judge to this case.

24          Accordingly, IT IS HEREBY ORDERED that the Clerk's Office assign a United States

25   District Judge to this case.

26          Additionally, IT IS HEREBY RECOMMENDED that this action be dismissed without

27   prejudice for failure to prosecute.  See Local Rule 183(b).

28   ////

1    These findings and recommendations are submitted to the United States District Judge

2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3  after being served with these findings and recommendations, plaintiff may file written objections

4  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

5  and Recommendations."  Any response to the objections shall be filed and served within fourteen

6  days after service of the objections. Plaintiff is advised that failure to file objections within the

7  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

8  F.2d 1153 (9th Cir. 1991).

9  Dated:  May 22, 2017

_____

DEBORAH BARNES

UNITED STATES MAGISTRATE JUDGE

TIM-DLB:10

DB / ORDERS / ORDERS.PRISONER.CIVIL RIGHTS / alex0257.33a